PENA v. STATE.

(Court of Criminal Appeals of Texas. Jan. 28, 1914.)

CRIMINAL LAW (§ 1099*) — APPEAL — STATEMENT OF FACTS—FILING—TIME.

A statement of facts filed by accused more than 20 days after adjournment cannot be considered on appeal.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2866–2880; Dec. Dig. § 1099.*]

Appeal from Wharton County Court; J. R. Bowen, Judge.

Francisco Pena was convicted of aggravated assault, and he appeals. Affirmed.

---

H. A. Cline, of Wharton, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted for an aggravated assault upon his wife, and his punishment assessed at a fine of $25.

There is in the record what purports to be a statement of facts, but it was filed more than 20 days after the adjournment of the court. Upon motion of the Assistant Attorney General it is struck out and not considered. De Friend v. State, 153 S. W. 881; Durham v. State, 155 S. W. 222; Butler v. State, 160 S. W. 1191. In the absence of a statement of facts, no question is raised which can be considered.

The judgment is affirmed.